No. 457. CASTIEL v. SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO. Supreme Court of California. Certiorari denied. *Harry P. Glassman* for petitioner. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 534. NATIONAL THEATRES CORP. v. BERTHA BUILDING CORP. C. A. 2d Cir. Certiorari denied. *Frederick W. R. Pride* and *John F. Caskey* for petitioner. *Boris Kostelanetz* and *Eugene Gressman* for respondent.

No. 572. GREGORY v. CAMPBELL, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin, Edward J. Calihan, Jr.* and *Maurice J. Walsh* for petitioner. *Solicitor General Rankin,* Assistant Attorney General Doub and *Samuel D. Slade* for respondent.

No. 583. TOMLINSON FLEET CORP. v. HERBST. C. A. 6th Cir. Certiorari denied. *Lawrence C. Spieth* for petitioner. *J. Harold Traverse* for respondent.

No. 588. VALLESKEY ET AL. v. NELSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Robert N. Anderson* and *Carolyn R. Just* for respondent.

No. 596. STEWART, EXECUTOR, v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *George H. Koster* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Helen A. Buckley* for the United States.